# Court of Appeals
# of the State of Georgia

ATLANTA, __December 19, 2025__

*The Court of Appeals hereby passes the following order:*

**A25A1970.  IN THE INTEREST OF J. L. W., A CHILD (FATHER).**

The father of minor child J. L. W. filed an application for discretionary review, challenging the juvenile court's termination of his parental rights, and this Court granted the application. After careful review of the briefs and the entire record in this case, we conclude that the application for discretionary review was improvidently granted, and it is ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__12/19/2025_____*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*